UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICKY WHENTWORTH,                               CIV. NO. 10-2270 (JNE/JSM)

      Plaintiff,                                              ORDER
v.

SCOTT P. FISHER, WARDEN

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 6, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that petitioner, Ricky Whentworth's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 10-26-2011                    s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge